BRENDON WOODS (CA SBN #189910)
Public Defender

RAHA JORJANI (CA SBN #240941)
Managing Immigration Attorney
KELSEY MORALES (CA SBN #312362)
Immigration Attorney
JULIA RABINOVICH (CA SBN#290730)
Immigration Attorney
Office of the Alameda County Public Defender
312 Clay Street, 2nd Floor
Oakland, CA 94607
Telephone: 510-268-7429
Facsimile: 510-268-7462
Email: kelsey.morales@acgov.org

*Pro Bono Attorneys for Petitioner*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAU VAN GIANG,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | Case No. ______________________<br><br>**DECLARATION OF JULIA RABINOVICH** |

**Declaration of Julia Rabinovich**

I, Julia Rabinovich, hereby declare as follows:

1. I am an Immigration Defense Attorney at the Alameda County Public Defender's Office. In this capacity, I represent Cau Van Giang ("Mr. Giang") in various immigration-related matters. I have represented Mr. Giang since October 29, 2025.

**Efforts to Obtain Records Through the Freedom of Information Act ("FOIA")**

2. Mr. Giang was born in 1958 in Vietnam. He is a former Lawful Permanent Resident ("LPR") of the United States. His previously issued LPR card reflects that he was initially admitted to the United States as a refugee on or about October 29, 1981.
3. When I put his A number and nationality into the Executive Office for Immigration Review's ("EOIR") Automated Case Information system,[1] the system reflects that he was previously ordered deported on March 5, 1993.
4. Based on the foregoing, I believe that both U.S. Citizenship and Immigration Services ("USCIS") and EOIR have records for Mr. Giang.

Mr. Giang's EOIR FOIA request

5. On November 3, 2025, I submitted a request on Mr. Giang's behalf via EOIR's FOIA Public Access Link ("PAL") online portal, seeking the complete documentary record and digital audio recording of all of his proceedings before EOIR.
6. EOIR acknowledged the receipt of the FOIA request on the same day that it was filed and invoked the unusual circumstances provision of the FOIA statute to extend its response deadline by ten additional business days.
7. On December 18, 2025, for reasons unknown to undersigned counsel, EOIR issued a

[1] EOIR's Automated Case Information system is available at https://acis.eoir.justice.gov/en/caseInformation/.

second acknowledgement of receipt, which was substantially similar to the first.

8. To date, I have received no other response or communication from EOIR regarding Mr. Giang's FOIA request.

9. As of January 16, 2026, EOIR's PAL online portal indicated that Mr. Giang's request had the status of "Assigned for Processing."

Mr. Giang's USCIS FOIA request

10. On October 31, 2025, I submitted a request on Mr. Giang's via FOIA FIRST, USCIS's online FOIA portal, seeking Mr. Giang's entire A-File.

11. On November 4, 2025, USCIS acknowledged the receipt of the FOIA request and invoked the unusual circumstances provision of the FOIA statute to extend its response deadline by ten additional business days.

12. On November 26, 2025, USCIS issued its response to Mr. Giang's FOIA request, stating: "We have completed our search and no records responsive to your request were located. We could not find records matching the name of the subject of record's parents provided in your request."

13. On December 4, 2025, I wrote to the USCIS FOIA liaison's office on Mr. Giang's behalf, informing them that the response to his FOIA request appeared to be in error, as he was a former LPR and therefore would certainly have an A-File. I attached a copy of Mr. Giang's old LPR card to my email.

14. On December 10, 2025, I again wrote to the USCIS FOIA liaison's office, following up on my December 4, 2025 inquiry.

15. Having received no response from the liaison, on December 12, 2025, I filed an appeal, on Mr. Giang's behalf, of USCIS's November 26, 2025 determination that it had not located any responsive records via FOIA FIRST.

16. As of January 16, 2026, USCIS FIRST's online portal indicated that Mr. Giang's appeal had the status of "Submitted" with an estimated completion date of June 4, 2026.

17. As of January 16, 2026, I have not received any response or communication from USCIS regarding Mr. Giang's FOIA appeal and has not received any notice from USCIS that it was invoking the unusual circumstances provision of the FOIA statute to extend its response deadline by ten additional business days.

**Authenticating Declaration**

18. In support of the Complaint for Declaratory and Injunctive Relief, I submit the following documents. All the following attachments are true and correct copies of the documents listed below. Unless otherwise indicated, the documents below were obtained through the course of my representation of Mr. Giang.

**Exhibit A** – November 3, 2025 EOIR FOIA receipt notice

**Exhibit B** – December 18, 2025 EOIR FOIA receipt notice

**Exhibit C** – January 16, 2026 print-out of EOIR PAL online portal for Mr. Giang's FOIA request

**Exhibit D** – November 4, 2025 USCIS FOIA receipt

**Exhibit E** – November 26, 2025 USCIS response to Mr. Giang's FOIA request

**Exhibit F** – December 4, 2025 correspondence with USCIS FOIA liaison

**Exhibit G** – December 10, 2025 correspondence with USCIS FOIA liaison

**Exhibit H** – January 16, 2026 print-out of USCIS FIRST online portal for Mr. Giang's FOIA appeal

DATED this 16th of January, 2026.

*s/ Julia Rabinovich*

Julia Rabinovich
Declarant

# Exhibit A

## Rabinovich, Julia, Public Defender

| | |
|---|---|
| **From:** | EOIR.FOIARequests@usdoj.gov |
| **Sent:** | Monday, November 3, 2025 3:11 PM |
| **To:** | Rabinovich, Julia, Public Defender |
| **Subject:** | Request Acknowledgement by DOJ-EOIR PAL |

Dear Julia Rabinovich,

This response acknowledges receipt of your Freedom of Information Act (FOIA) request by the Executive Office for Immigration Review (EOIR). Your request has been assigned control number 2026-06030.

Please be advised that the status of requests submitted through the Public Access Link (PAL) may be tracked at https://foia.eoir.justice.gov/app/Home.aspx, and you will receive an email response to your request upon completion of processing. The status of requests submitted by email or mail may not be trackable through the PAL, but you will still receive an email or mailed response to your request upon completion of processing. *Please ensure the email address you provided in PAL will be able to receive the messages we send you. Messages rejected by your email account will not be rerouted to you*.

Please be aware that EOIR is a component of the **Department of Justice** and the custodian of records for the "Record of Proceedings" (ROP), which is the compilation of documents and digital audio recordings produced in proceedings before the immigration courts and the BIA. The Department of Homeland Security (DHS) is the custodian of records for the "A-file," which is a series of records of a person's immigration history and is maintained and stored by DHS. **EOIR is not the custodian of records for DHS or its components, nor does EOIR have access to DHS's A-files**. EOIR does not create an ROP until matters are initiated by DHS. Nevertheless, EOIR may create and maintain ROPs for proceedings other than removal proceedings (i.e., credible fear reviews, bond hearings). You may request a copy of your Notice to Appear (NTA) and full A-file from DHS.

**Note that parties to immigration cases (including respondents and their representatives of record) have the option to request their Record of Proceedings directly from the immigration court or Board of Immigration Appeals. Please see the instructions here: https://www.justice.gov/eoir/ROPrequest.**

If you have filed a fee waiver request, EOIR will address the fee waiver in a separate letter. Most requests for records of proceedings do not require any fees; however, if the fees for processing the request are estimated to exceed $25.00, EOIR will notify you before processing the request to determine whether you will commit to paying the fee or whether you wish to narrow the scope of your request to reduce the fee. Fees may be charged for searching records at the rate of $4.75 (administrative)/$10.00 (professional) per quarter hour, and for duplication of copies at the rate of $.05 per copy. The first 100 copies and two hours of search time are not charged, and charges must exceed $25.00 before we will charge a fee.

The FOIA requires an agency to respond within 20 working days after receipt of the request, and EOIR endeavors to meet this standard. The FOIA permits a ten-day extension of this time period, pursuant to 5 U.S.C. § 552(a)(6)(B), based on unusual circumstances. Your request involves "unusual circumstances," and EOIR is extending the time period to respond by an additional 10 working days because your request requires the collection of records from field offices, or involves a search, collection, and review of voluminous records, or requires consultation with another agency or two or more agency components.

EOIR FOIA requests are placed in one of three tracks. Track one is for those requests that seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for simple requests that do not involve voluminous records or lengthy consultations with other entities. Track three is for complex requests that involve voluminous records and for which lengthy or numerous consultations are required, or those requests that may involve sensitive records. As a matter of default, your request has been placed in track two for simple requests. If you have requested expedited processing, EOIR will contact you in a separate letter.

If you have any questions regarding unusual circumstances, you may contact the EOIR FOIA Service Center or FOIA Public Liaison at EOIR.FOIArequests@usdoj.gov to discuss reformulation or an alternative time frame to process your request, or for any further assistance regarding any aspect of your request. Alternatively, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Sincerely,

FOIA Intake

** This email was sent from an external source. If you do not know the sender, do not click on links or attachments. **

# Exhibit B

**Rabinovich, Julia, Public Defender**

| | |
|---|---|
| **From:** | eoir.foiarequests@usdoj.gov |
| **Sent:** | Thursday, December 18, 2025 7:30 AM |
| **To:** | Rabinovich, Julia, Public Defender |
| **Subject:** | DOJ-EOIR FOIA Request # 2026-06030 |

Re:
2026-06030
Freedom of Information Act Request for GIANG, CAU VAN

Dear Julia Rabinovich,

This response acknowledges receipt of your Freedom of Information Act (FOIA) request by the Executive Office for Immigration Review (EOIR) dated November 3, 2025 and received November 3, 2025. Your request has been assigned control number 2026-06030.

Please be advised that the status of requests submitted through the Public Access Link (PAL) may be tracked at https://foia.eoir.justice.gov/app/Home.aspx, and you will receive an email response to your request upon completion of processing. The status of requests submitted by email or mail may not be trackable through the PAL, but you will still receive an email or mailed response to your request upon completion of processing. *Please ensure the email address you provided in PAL will be able to receive the messages we send you. Messages rejected by your email account will not be rerouted to you.*

Please be aware that EOIR is a component of the **Department of Justice** and the custodian of records for the "Record of Proceedings" (ROP), which is the compilation of documents and digital audio recordings produced in proceedings before the immigration courts and the BIA. The Department of Homeland Security (DHS) is the custodian of records for the "A-file," which is a series of records of a person's immigration history and is maintained and stored by DHS. **EOIR is not the custodian of records for DHS or its components, nor does EOIR have access to DHS's A-files**. EOIR does not create an ROP until matters are initiated by DHS. Nevertheless, EOIR may create and maintain ROPs for proceedings other than removal proceedings (i.e., credible fear reviews, bond hearings). You may request a copy of your Notice to Appear (NTA) and full A-file from DHS.

**Note that parties to immigration cases (including respondents and their representatives of record) have the option to request their Record of Proceedings directly from the immigration court or Board of Immigration Appeals. Please see the instructions here: https://www.justice.gov/eoir/ROPrequest.**

If you have filed a fee waiver request, EOIR will address the fee waiver in a separate letter. Most requests for records of proceedings do not require any fees; however, if the fees for processing the request are estimated to exceed $25.00, EOIR will notify you before processing the request to determine whether you will commit to paying the fee or whether you wish to narrow the scope of your request to reduce the fee. Fees may be charged for searching records at the rate of $4.75 (administrative)/$10.00 (professional) per quarter hour, and for duplication of copies at the rate of $.05 per copy. The first 100 copies and two hours of search time are not charged, and charges must exceed $25.00 before we will charge a fee.

The FOIA requires an agency to respond within 20 working days after receipt of the request, and EOIR endeavors to meet this standard. The FOIA permits a ten-day extension of this time period, pursuant to 5 U.S.C. § 552(a)(6)(B), based on unusual circumstances. Your request involves "unusual circumstances," and

EOIR is extending the time period to respond by an additional 10 working days because your request requires the collection of records from field offices, or involves a search, collection, and review of voluminous records, or requires consultation with another agency or two or more agency components.

EOIR FOIA requests are placed in one of three tracks. Track one is for those requests that seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for simple requests that do not involve voluminous records or lengthy consultations with other entities. Track three is for complex requests that involve voluminous records and for which lengthy or numerous consultations are required, or those requests that may involve sensitive records. As a matter of default, your request has been placed in track two for simple requests. If you have requested expedited processing, EOIR will contact you in a separate letter.

If you have any questions regarding unusual circumstances, you may contact the EOIR FOIA Service Center or FOIA Public Liaison at EOIR.FOIArequests@usdoj.gov to discuss reformulation or an alternative time frame to process your request, or for any further assistance regarding any aspect of your request. Alternatively, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Sincerely,

FOIA Intake

**** This email was sent from an external source. If you do not know the sender, do not click on links or attachments. ****

# Exhibit C

# Executive Office for Immigration Review

FOIA Public Access Link (PAL)

My Account Change PasswordSign Out Help

Home

FOIA Reading Rooms

Guides

Check Request Status

Submit a Request

Request - 2026-06030 Back

## Requester Details

To modify your **email address**, email EOIR.FOIARequests@usdoj.gov.

To modify any **other details** of your requester profile, click *My Account* at the top of the page.

**Ms. Julia Rabinovich**
Immigration Defense Attorney
Alameda County Public Defender's Office
312 Clay St.
2nd Floor
Oakland, CA 94607
Phone 5102687459
julia.rabinovich@acgov.org

Requester Default Category: Other

## Request Details

| | |
|---|---|
| Date Requested | 11/03/2025 |
| Status | Assigned for Processing |

## Mailing Address

This pre-populated address pulls from your requester profile. If this address is incorrect, please update your profile by clicking on *My Account* above **before** proceeding with this request. If your profile address is correct but you would like our response to be mailed to a different address, please fill in the different address below.

| | | | |
|---|---|---|---|
| Street 1 | 312 Clay St. | Street 2 | 2nd Floor |
| City | Oakland | State | California |
| | | Country | United St: |

Zip Code 94607

General Information

**Request Type**

Items Requested

Record of Proceedings (ROP), Audio, or any document that would be found inside of an I

Other Information (e.g., data, statistics, communications, policies, memoranda)

**IMPORTANT!**

**Failure to select the proper Request Type** will prevent you from providing **delay** in response and/or an **administrative closure** of your request. Pleas **above** *before* selecting.

Request Type ROP

**Requester Category**

If you are:

Making a request for yourself or on behalf of someone seeking information for a use or p commercial trade or profit interests of the requester;

A member of an educational institution (student, researcher, professor, etc.), which opera "scholarly research" or a noncommercial scientific institution, operating solely for the purp scientific research not intended to promote any particular product or industry;

"[A]ny person or entity that gathers information of potential interest to a segment of the pu skills to turn the raw materials into a distinct work, and distributes that work to an audienc

Making a request for yourself or on behalf of someone else and do not fall in one of the c includes attorneys making requests for their clients). **[Most typical requester category]**

5 U.S.C. § 552

An asterisk (*) indicates the field is required.

Requester Category Other

How would you like to receive a response to your request if records are available?

- Choose "**Electronic**" to receive your files **as quickly as possible**.
- If you absolutely must have the response mailed, please note that **fees may be incurred** and the **response may be delayed**.

Delivery Mode Electronic

Request Information

**Description**

**Provide a summary** of the items requested. **Note:** It is **unnecessary to upload a description document** unless more space is needed.

Please be aware that EOIR is a component of the Department of Justice and the custodian of records for the "Record of Proceedings" (ROP), which is the compilation of documents and digital audio recordings produced in proceedings before the immigration courts and the BIA. The Department of Homeland Security (DHS) is the custodian of records for the "A-file," which is a series of records of a person's immigration history and is maintained and stored by DHS. EOIR is not the custodian of records for DHS or its components, nor does EOIR have access to DHS's A-files.

EOIR does not create an ROP until matters are initiated by DHS. Nevertheless, EOIR may create and maintain ROPs for proceedings other than removal proceedings (i.e., credible fear reviews, bond hearings).You may request a copy of your Notice to Appear (NTA) and full A-file from DHS.

An asterisk (*) indicates the field is required.

Description: Complete record of proceedings and digital audio recording (Date Range for Record Search:

The **Description Document** field below is **optional.** If you chose to use it, **do not upload duplicates** of documentation provided in other parts of this form.

Description Document: Add Attachment

**Note:**

- If you are requesting an **ROP, Audio, or Specific Document(s) in an ROP,** please provide a date range of the proceeding you are seeking.
- If you are requesting **Other Information**, please specify the date range of the records you are seeking.

Date Range for Record Search: From(mm/dd/yyyy): 01/01/1981 To (mm/dd/yyyy): 11/03/2025

## Subject Matter of Request

**Note:**

- Requesting **audio may delay delivery**, especially for older proceedings that may only be available on a cassette tape.
- If known, enter the **charging document/NTA date** or **date of proceeding** you are requesting in the relevant fields of the *ROP/Audio Requests* section below.
- If requesting **more than one known proceeding**, submit an **additional FOIA request** for *each proceeding* for faster processing. **Requesting multiple proceedings in one request may delay processing.**

An asterisk (*) indicates the field is required.

Subject Matter of Request: -----------

Specific Doc. Details:

## ROP/Audio Requests

An asterisk (*) indicates the field is required.

Please use this format for the **Respondent's Name** below: **Last Name, First Name Middle Name** (e.g., Doe, Chris Rae).

Respondent's Name: GIANG, CAI

Please provide a known **A-number** (e.g., **123456789**) for the subject of record, which will assist us in locating the requested record as quickly as possible.
If the subject of record has more than one A-number, include additional A-number(s) in the **Description** box of the *Request Information* section above.
If you do not know the A-number, enter "**000000000**"(nine zeros) in this field.

A-Number: 25294862

The information below is not required; however, it could assist in locating the record, especially if you cannot provide the A-number.

Charging Document/NTA Date (mm/dd/yyyy): 02/02/1993

ROP/Audio Additional Information

The information below is **not required**; however, it could assist in locating the record, especially if you cannot provide the A-number.

Respondent Alias

Parents Name 1

Parents Name 2

Port of Entry

Date of Entry (mm/dd/yyyy)

Place of Proceeding

Date of Proceeding (mm/dd/yyyy)

Proof of Identity/Consent

Requesting your own records or records about another person requires proof of identity. The easiest way to provide proof of identity and consent (if required) and ensure that privacy protected information is not improperly released is to **complete either Form DOJ-361 or Form EOIR-59**. One of these forms may be uploaded under ***Proof of Identity*** to meet **both** requirements.

If you are:

Requesting your own records

Requesting the records of someone else on their behalf (e.g., attorney and client)

Requesting the records of someone else as a third party

Proof of identity for requests pertaining to an individual **must** include the items listed below for the subject of the record. If your request does not pertain to an individual, proof of your own identity **must** include the items listed below.

1. **Name**
2. **Date of Birth**
3. **Place of Birth**
4. **Current Address**
5. **Original signature under penalty of perjury or notarized original signature**

**Note:**

- For more details, other requirements for special situations (e.g., parent/guardian signing for child), and other methods of verification of identity please visit our How to Submit a Request webpage.
- If you are the **Attorney of Record/Representative** and wish to provide proof of such with a **Form EOIR-28** or **Form EOIR-27**, please upload a copy of one of those forms, which you submitted to an immigration court or the BIA, under *Consent* **in addition to** the items above. Please note that providing such a form does not serve as a Notice of Entry of Appearance for an immigration court or the BIA.
- **Do not upload forms beginning with "G" (e.g., G-639, G-28)**—these forms are DHS forms and cannot be accepted by EOIR.
- **Do not upload duplicates** of documentation provided in other parts of this form.

An asterisk (*) indicates the field is required.

Please ensure the file name of the attachment does not include the special characters such as: ” / \ [ ] : ; | = , < ? > & $ # ! ' { } () *.

Proof of Identity — Add Attachment

Consent Add Attachment

Submit Update [Submit Update]

**Fee Information**

**General Fee Rules:**

- **Commercial Use Requesters -** Search, review, and duplication fees may apply.
- **Institutions/Media -** Duplication fees may apply.
- **All Others -** Search and duplication fees may apply. However, if you are a **respondent** or **attorney** making a request **on behalf of a respondent**, fees will generally **not be charged** for ROP-related requests.

If any fees will be charged, you will be **notified in advance** of processing the request.

Please visit our How to Submit a Request webpage and 28 C.F.R. § 16.10 for detailed information about fees and fee waivers.

An asterisk (*) indicates the field is required.

| | |
|---|---|
| Willing to Pay All Fees | ☑ |
| Amount Willing to Pay ($) | 25.00 |
| Fee Waiver Requested | ☐ |
| Fee Waiver Request Reason | |
| Cost Details | |
| Total Cost | $0.00 |
| Cost Incurred | $0.00 |
| Amount Paid | $0.00 |
| Balance Amount | $0.00 |
| Payment Status | No Charges |

**Expedite Information**

Complete this section if you believe you meet the requirements for expedited processing. Verify these requirements under the Freedom of Information Act, 5 U.S.C. § 552(a)(6)(E) **before** making your selection.

The four (4) justifications for expedited processing include:

1. Circumstances in which the lack of expedited processing could reasonably be expected to pose an **imminent threat to the life or physical safety** of an individual;
2. An **urgency to inform the public about an actual or alleged Federal Government activity**, if made by a person who is primarily engaged in disseminating information;
3. The loss of **substantial due process rights**; or
4. A matter of **widespread and exceptional media interest** in which there exist possible questions about the government's integrity that affect public confidence.

**Note:** It is **not sufficient merely to allege** that requested records are "needed" in connection with some judicial or administrative proceeding. *Rivera v. DEA*, 2 GDS 81,365 at 81,953 (D.D.C. 1981) (relying on 8 C.F.R. § 16.5(e)(1)(iii)).

If you are requesting expedited processing, **upload documentation to verify** that you meet the criteria for at least one of the four (4) justifications above.

**Do not upload duplicates** of documentation provided in other parts of this form.

An asterisk (*) indicates the field is required.

Expedited Processing Requested    Add Attachment

Justification

**PRIVACY ACT STATEMENT**

The information collected by the Executive Office for Immigration Review (EOIR) through FOIAXpress and the Public Access Link (PAL) is authorized by 5 U.S.C. § 552 and 5 U.S.C. § 552a. Specifically, 5 U.S.C. § 552 authorizes the collection of information, records, and related correspondence on individuals who have submitted requests for records to an agency. The Privacy Act, 5 U.S.C. § 552a(d), authorizes the collection of information, records, and related correspondence on individuals who have submitted requests under the provisions of the Privacy Act for records about themselves.

The information solicited by FOIAXpress and the PAL is voluntary for individuals who wish to submit requests for records. EOIR may not be able to respond to your request or locate responsive records if you fail to provide certain information, such as names, A-numbers, or a date range for the records search. EOIR will use this information to search for records responsive to your requests, track FOIA and Privacy Act requests, manage requestor fees and payments where applicable, correspond with requestors, and provide responsive documents to requestors. EOIR uses the information collected by FOIAXpress and the PAL for authorized routine uses, including sharing with other federal government agencies and courts, as provided in the following System of Records Notices (SORNs) or their successors: JUSTICE/ DOJ-004, Freedom of Information Act, Privacy Act, and Mandatory Declassification Review Records, and EOIR-001, Records and Management Information System. These SORNs can be found on the Department of Justice's website at https://www.justice.gov/opcl/doj-systems-records.

Justice.gov
EOIR Homepage
Contact Us
Legal Policies and Disclaimers
Accessibility
Privacy Policy
USA.gov
EOIR FOIA - Freedom of Information Act (FOIA) (justice.gov)

OMB Control Number 1125-0018

# Exhibit D

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

November 4, 2025

Control Number: NRC2025501215

JULIA RABINOVICH
312 CLAY STREET 2ND FLR
OAKLAND, CA 94607

Dear JULIA RABINOVICH:

We received your request for information relating to CAU GIIANG on October 31, 2025.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2025501215. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track. You may wish to narrow the scope of your request to a specific document. To do so, please send a written request, identifying the specific document sought, to the address above. We will notify you if your request meets the eligibility requirements for the simple track.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10 business day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10 business day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

Agreement to Pay Fees

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.11), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Personally Identifiable Information

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests. When forwarding to us any documents related to your request, please ensure any Social Security Numbers on the documents are blanked out or removed.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable

information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

How to Check the Status of Your Request

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

# Exhibit E

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship and Immigration Services

Control Number: NRC2025501215

November 26, 2025

JULIA RABINOVICH
312 CLAY STREET 2ND FLR
OAKLAND, CA 94607

Dear JULIA RABINOVICH:

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on October 31, 2025, regarding CAU GIANG.

We have completed our search and no records responsive to your request were located.

We could not find records matching the name of the subject of record's parents provided in your request.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal electronically to USCIS through your online portal by selecting Appeal in the Actions drop down window. You may also file an administrative FOIA appeal to USCIS at: USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes, must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence with this office. For more information regarding the USCIS FOIA Program, please visit uscis.gov/foia.

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

# Exhibit F

**Rabinovich, Julia, Public Defender**

| | |
|---|---|
| **From:** | Rabinovich, Julia, Public Defender |
| **Sent:** | Thursday, December 4, 2025 5:57 PM |
| **To:** | 'FOIAPAQuestions' |
| **Subject:** | RE: NRC2025501215 -- Cau GIANG |
| **Attachments:** | No Records _NR_ - Case Create_3.pdf; old green card.pdf |

Good evening,

You previously assisted me with a typographical error in this case. I am hoping you may be able to assist more substantively.

We recently received a response that no records were found in this case (see attached). That response must be a mistake of some sort. The subject of record is a former lawful permanent resident, so he should definitely have an A file. I'm attaching a copy of his old green card in case that is helpful.

Might you be able to assist in some way, or would you recommend that I just file an appeal?

Thank you,

Julia

ALAMEDA COUNTY
PUBLIC DEFENDERS

JULIA RABINOVICH | Immigration Defense Attorney
Pronouns: She/Her/Hers
312 Clay St., 2nd Floor
Oakland, California 94607
510 268 7459 | Fax 510 268 7262
julia.rabinovich@acgov.org | acgov.org/defender

CONFIDENTIALITY NOTICE: This message contains information which may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.

**From:** Rabinovich, Julia, Public Defender
**Sent:** Monday, November 10, 2025 10:02 AM
**To:** 'FOIAPAQuestions' <foiapaquestions@uscis.dhs.gov>
**Subject:** RE: NRC2025501215 -- Cau GIANG

Thank you very much!

ALAMEDA COUNTY
PUBLIC DEFENDERS

JULIA RABINOVICH | Immigration Defense Attorney
Pronouns: She/Her/Hers
312 Clay St., 2nd Floor
Oakland, California 94607
510 268 7459 | Fax 510 268 7262
julia.rabinovich@acgov.org | acgov.org/defender

CONFIDENTIALITY NOTICE: This message contains information which may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.

---

**From:** FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>
**Sent:** Monday, November 10, 2025 9:59 AM
**To:** Rabinovich, Julia, Public Defender <Julia.Rabinovich@acgov.org>
**Subject:** RE: NRC2025501215 -- Cau GIANG

Good morning,

Thank you for your inquiry. This information has been uploaded to your request.

Have a great day,

Jacqueline (Jackie) Woodward
External Engagement Team
IRIS | USCIS | DHS
National Records Center

---

**From:** Rabinovich, Julia, Public Defender <Julia.Rabinovich@acgov.org>
**Sent:** Friday, November 7, 2025 11:18 AM
**To:** FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>
**Subject:** NRC2025501215 -- Cau GIANG

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the “Report Phishing” button to report it as a phishing attempt.

Good morning,

I am writing with an inquiry about a pending FOIA request I filed for Mr. Giang. I filed the FOIA through the USCIS FIRST account, and I just noticed that there is a typo in the subject of record’s last name in the FIRST system (Giang is spelled Giiang, with two I’s, when it should just be one). The name was spelled correctly in the G28 and G639 that I submitted (see attached), so I think there was just a typo that was

made at some point. Are you able to correct the misspelled last name in the current request? If not, will the records be able to be located under the current request, or would you recommend I refile the FOIA?

Thank you,

Julia

ALAMEDA COUNTY
PUBLIC DEFENDERS

JULIA RABINOVICH | Immigration Defense Attorney
Pronouns: She/Her/Hers
312 Clay St., 2nd Floor
Oakland, California 94607
510 268 7459 | Fax 510 268 7262
julia.rabinovich@acgov.org | acgov.org/defender

---

CONFIDENTIALITY NOTICE: This message contains information which may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.

**** This email was sent from an external source. If you do not know the sender, do not click on links or attachments. ****

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

November 26, 2025

Control Number: NRC2025501215

JULIA RABINOVICH
312 CLAY STREET 2ND FLR
OAKLAND, CA 94607

Dear JULIA RABINOVICH:

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on October 31, 2025, regarding CAU GIANG.

We have completed our search and no records responsive to your request were located.

We could not find records matching the name of the subject of record's parents provided in your request.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal electronically to USCIS through your online portal by selecting Appeal in the Actions drop down window. You may also file an administrative FOIA appeal to USCIS at: USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes, must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence with this office. For more information regarding the USCIS FOIA Program, please visit uscis.gov/foia.

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit


RESIDENT ALIEN
U.S. Department of Justice-Immigration and Naturalization Service
GIANG, CAU VAN
NAME
[redacted]58
DOB
A25294862
ALIEN NUMBER
SFR RE6
POE
CLASS
DEPARTMENT OF JUSTICE
IMMIGRATION & NATURALIZATION SERVICE

# ALIEN REGISTRATION RECEIPT CARD

PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

| A NUMBER | ISS/T | CK | M 1 | M 2 | PARITY 1 |
|---|---|---|---|---|---|
| 25294862 | 11 | 70 | 855 | 662 | 44519 |

| PBD | IDW 1 | IDW 2 | IDW 3 | PARITY 2 |
|---|---|---|---|---|
| 5686 | 19704 | 46308 | 84458 | 38218 |

| ADM/ADJ DATE | COB | ISS CODE | SOUNDEX | PARITY 3 |
|---|---|---|---|---|
| 102981 | 266 | 092 | 07520 | 0828388 |

BUREAU OF ENGRAVING AND PRINTING

FORM I-551 JAN. 77

# Exhibit G

**Rabinovich, Julia, Public Defender**

**From:** Rabinovich, Julia, Public Defender
**Sent:** Wednesday, December 10, 2025 9:50 AM
**To:** 'FOIAPAQuestions'
**Subject:** RE: NRC2025501215 -- Cau GIANG

Good afternoon,

I'm following up to see if you have any guidance you can provide here before I move forward with an appeal.

Thank you,

Julia

ALAMEDA COUNTY
PUBLIC DEFENDERS
JULIA RABINOVICH | Immigration Defense Attorney
Pronouns: She/Her/Hers
312 Clay St., 2nd Floor
Oakland, California 94607
510 268 7459 | Fax 510 268 7262
julia.rabinovich@acgov.org | acgov.org/defender

CONFIDENTIALITY NOTICE: This message contains information which may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.

**From:** Rabinovich, Julia, Public Defender
**Sent:** Thursday, December 4, 2025 5:57 PM
**To:** 'FOIAPAQuestions' <foiapaquestions@uscis.dhs.gov>
**Subject:** RE: NRC2025501215 -- Cau GIANG

Good evening,

You previously assisted me with a typographical error in this case. I am hoping you may be able to assist more substantively.

We recently received a response that no records were found in this case (see attached). That response must be a mistake of some sort. The subject of record is a former lawful permanent resident, so he should definitely have an A file. I'm attaching a copy of his old green card in case that is helpful.

Might you be able to assist in some way, or would you recommend that I just file an appeal?

Thank you,

Julia

ALAMEDA COUNTY
PUBLIC DEFENDERS
JULIA RABINOVICH | Immigration Defense Attorney
Pronouns: She/Her/Hers
312 Clay St., 2nd Floor
Oakland, California 94607
510 268 7459 | Fax 510 268 7262
julia.rabinovich@acgov.org | acgov.org/defender

CONFIDENTIALITY NOTICE: This message contains information which may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.

---

**From:** Rabinovich, Julia, Public Defender
**Sent:** Monday, November 10, 2025 10:02 AM
**To:** 'FOIAPAQuestions' <foiapaquestions@uscis.dhs.gov>
**Subject:** RE: NRC2025501215 -- Cau GIANG

Thank you very much!

ALAMEDA COUNTY
PUBLIC DEFENDERS
JULIA RABINOVICH | Immigration Defense Attorney
Pronouns: She/Her/Hers
312 Clay St., 2nd Floor
Oakland, California 94607
510 268 7459 | Fax 510 268 7262
julia.rabinovich@acgov.org | acgov.org/defender

CONFIDENTIALITY NOTICE: This message contains information which may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.

---

**From:** FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>
**Sent:** Monday, November 10, 2025 9:59 AM
**To:** Rabinovich, Julia, Public Defender <Julia.Rabinovich@acgov.org>
**Subject:** RE: NRC2025501215 -- Cau GIANG

Good morning,

Thank you for your inquiry. This information has been uploaded to your request.

Have a great day,

Jacqueline (Jackie) Woodward
External Engagement Team
IRIS | USCIS | DHS
National Records Center

---

**From:** Rabinovich, Julia, Public Defender <Julia.Rabinovich@acgov.org>
**Sent:** Friday, November 7, 2025 11:18 AM
**To:** FOIAPAQuestions <foiapaquestions@uscis.dhs.gov>
**Subject:** NRC2025501215 -- Cau GIANG

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the “Report Phishing” button to report it as a phishing attempt.

Good morning,

I am writing with an inquiry about a pending FOIA request I filed for Mr. Giang. I filed the FOIA through the USCIS FIRST account, and I just noticed that there is a typo in the subject of record’s last name in the FIRST system (Giang is spelled Giiang, with two I’s, when it should just be one). The name was spelled correctly in the G28 and G639 that I submitted (see attached), so I think there was just a typo that was made at some point. Are you able to correct the misspelled last name in the current request? If not, will the records be able to be located under the current request, or would you recommend I refile the FOIA?

Thank you,

Julia

ALAMEDA COUNTY
**PUBLIC DEFENDERS**

JULIA RABINOVICH | Immigration Defense Attorney
Pronouns: She/Her/Hers
312 Clay St., 2nd Floor
Oakland, California 94607
510 268 7459 | Fax 510 268 7262
julia.rabinovich@acgov.org | acgov.org/defender

---

CONFIDENTIALITY NOTICE: This message contains information which may be confidential and privileged. Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this message in error, please advise the sender by reply e-mail, and delete the message.

**** This email was sent from an external source. If you do not know the sender, do not click on links or attachments. ****

# Exhibit H

← Back

# Control Number: APP2025019187REQ

APPEAL CHECK DOCUMENT LIBRARY

## Request Details

| | |
|---|---|
| Request Description | |
| Date Submitted | **12/12/2025** |
| Request Type | **FOIA Request** |

## Request Status

| | |
|---|---|
| Place in Queue | |
| Status | **Submitted** |
| Estimated Completion Date | **06/04/2026** |

**Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.**

**For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov) .**

✓ **Pending Review from Subject of Record**

Before the request is submitted to USCIS, the Subject of Record must verify their identity and provide consent for USCIS to release their records to the requester. The Subject of Record will receive an email or text message with a link to complete this process electronically. The Subject of Record has 2 weeks to complete this process, or the link will expire and a new request must be submitted to receive the records.

✓ **Received**

The request was received by USCIS.

3 **In Process**

USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.

4 **Completed**

USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken

## USCIS FOIA/PA Headquarters Office

USCIS Contact Center
1-800-375-5283 or TTY 800-767-1833
FOIAPAQuestions@uscis.dhs.gov